**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Nicholas Wooten v. Wells Fargo Bank, N.A.

Case Number: 1:18-cv-01378

An appearance is hereby filed by the undersigned as attorney for:
Nicholas Wooten

Attorney name (type or print): Mohammed O. Badwan

Firm: Sulaiman Law Group, Ltd.

Street address: 2500 South Highland Avenue ,Suite 200

City/State/Zip: Lombard, IL 60148

Bar ID Number: 6299011
(See item 3 in instructions)

Telephone Number: (630) 575-8181

Email Address: mbadwan@sulaimanlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/23/2018

Attorney signature: S/ Mohammed O. Badwan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015