AO 440 (Rev. 05/00) Summons in a Civil Action

SERVED

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NICHOLAS WOOTEN

CASE NUMBER: 1:18-cv-01378

V.

ASSIGNED JUDGE: Hon. Jorge L. Alonso

WELLS FARGO BANK, N.A.

DESIGNATED MAGISTRATE JUDGE: Hon. Sidney I. Schenkier

TO: (Name and address of Defendant)

Wells Fargo Bank, N.A.
101 N. Phillips Ave.
Sioux Falls, SD 57104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

February 23, 2018

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01378

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicholas Wooten v Wells Fargo Bank, N.A.
was received by me on *(date)* 03/01/2018 .

☐ I personally served the summons on the individual at *(place)* 101 N. Phillips Ave., Sioux Falls, SD 57104
on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______
______, a person of suitable age and discretion who resides there,
on *(date)* ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Danielle Meyer - Administrative Assistant, who is designated by law to accept service of process on behalf of *(name of organization)*
Wells Fargo Bank, N.A. on *(date)* 03/01/2018 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/01/2018

*Server's signature*

Richard Rober - Process Server

*Printed name and title*

2522 W. 41st Street, #213, Sioux Falls, SD 57105

*Server's address*

Additional information regarding attempted service, etc: