**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Nicholas Heath Wooten
Plaintiff,
v.
Wells Fargo Bank, N.A.
Defendant.

Case No.: 1:18−cv−01378
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2018:

MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's agreed motion to arbitrate [23] is granted. Defendant's motion to compel arbitration [16] is denied as moot. Status hearing previously set for 5/10/18 is stricken and motion hearing date of 5/15/18 is stricken. This case is stayed. The Clerk is directed to place this case on the Court's inactive docket pending completion of arbitration. Parties shall file a motion to move this action back onto the Court's active docket if needed when arbitration is concluded. Civil case terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.